Blaine Bookey (CA Bar No. 267596)
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister Street
San Francisco, CA 94102
Tel: (415) 703-8202
bookeybl@uclawsf.edu

Jeremy Jong*
AL OTRO LADO, INC.
3511 Banks St.
New Orleans, LA 70119
Tel: (504) 475-6728
jeremy@alotrolado.org

Edith Sangueza* (NY Bar No. 5694534)
CENTER FOR GENDER & REFUGEE STUDIES
26 Broadway, 3rd Floor
New York, NY 10004
Tel: (415) 581-8839
sanguezaedith@uclawsf.edu

*Attorneys for Plaintiffs*

*Admitted pro hac vice*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR GENDER AND REFUGEE STUDIES and AL OTRO LADO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION, <br><br> Defendant. | Case No. 3:24-cv-1601-TLT <br><br> **AFFIDAVIT OF SERVICE** |

I, Tatiana White, am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I hereby declare that, pursuant to Federal Rule of Civil Procedure 4(i), on April 25, 2024, I caused to be served the following documents in the above-captioned matter:

- Conformed Summons;
- Complaint;
- Civil Cover Sheet;
- Order Setting Initial Case Management Conference;
- Order Reassigning Case;
- Consent or Declination to Magistrate Judge Jurisdiction;
- Standing Order for Civil Cases before District Judge Trina L. Thompson; and
- Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement.

I caused the aforementioned documents to be served by certified mail, return receipt requested, at the following addresses:

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
United States Attorney's Office for
the Northern District of California
450 Golden Gate Avenue San
Francisco, CA 94102

Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

The U.S. Attorney's Office for the Northern District of California accepted service on April 29, 2024. The U.S. Attorney General's Office accepted service on May 2, 2024. Defendant U.S. Customs and Border Protection accepted service on April 29, 2024. Copies of certified/registered mail labels and proof delivery confirmation for receipt of these documents accompanies this affidavit as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2024, at San Francisco, California.

Tatiana White, Legal Program Associate

200 McAllister St

San Francisco, CA 94102

Telephone: 415-355-9619

Email: whitetatiana@uclawsf.edu

CERTIFICATE OF SERVICE

2

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on June 11, 2024, I electronically filed the foregoing Affidavit of

3

Service, with the Clerk of the Court using the CM/ECF system, which will send notification of

4

such filing to those attorneys of record registered on the CM/ECF system. All other parties

5

shall be served  in accordance with the Federal Rules of Civil Procedure.

6

7

*s/      Edith Sangueza*
Edith Sangueza

8

Center for Gender & Refugee Studies

9

26 Broadway, 3rd Floor

10

New York, NY 10004

11

Telephone: 415-581-8839

12

 Email: sanguezaedith@uclawsf.edu

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AFFIDAVIT OF SERVICE 3:24-cv-1601-TLT**

# Exhibit A

**USPS TRACKING #**

SAN FRANCISCO CA 940

30 APR 2024 PM 5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8545 3186 7522 22

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Blaine Bookey



**CGRS** | Center for Gender & Refugee Studies

**UC Law San Francisco**

200 McAllister St

San Francisco, CA 94102

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery |
| 1. Article Addressed to:<br>Civil Process Clerk<br>United States Attorney's Office<br>for the Northern District of California<br>450 Golden Gate Avenue,<br>San Francisco, CA 94102 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

9590 9402 8545 3186 7522 22

| 3. Service Type | |
|---|---|
| ☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

2. Article Number *(Transfer from service label)*

39 0710 5270 1317 3111 21

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

# CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

9589 0710 5270 1317 3111 25

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☒ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To  Civil Process Clerk United States Attorney's Office
Street and Apt. No., or PO Box No. for the Northern District of
450 Golden Gate Ave                                     California
City, State, ZIP+4®
San Francisco, CA 94102

Postmark
Here

PS Form **3800**, January **2023** PSN 7530-02-000-9047    See Reverse for Instructions

USPS TRACKING #



9590 9402 8545 3186 7199 28

**United States Postal Service**


RECEIVED
MAY 0 6 2024
BY:

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Blaine Bookey

**CGRS** | Center for Gender & Refugee Studies

**UC Law San Francisco**
200 McAllister St
San Francisco, CA 94102

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
U.S. Deptartment of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 8545 3186 7199 28

2. Article Number *(Transfer from service label)*

589 0710 5270 1317 3111 07

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
MAY 0 2 2024

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☒ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To
Attorney General U.S. Dept. of Justice
Street and Apt. No., or PO Box No.
950 Pennsylvania Avenue, NW
City, State, ZIP+4®
Washington, DC 20530-0001

9589 0710 5270 1317 3111

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

# USPS Tracking®

Tracking | FAQs >

Track Packages Anytime, Anywhere    Get the free Informed Delivery® feature to receive automated notifications on your packages    **Learn More**

Tracking Number:

## 9589071052701317311107

📋 Copy    🏃 Add to Informed Delivery

### Latest Update

Your item has been delivered and is available at a PO Box at 4:53 am on May 2, 2024 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:

🔖 USPS Tracking Plus®

**Delivered**
Delivered, PO Box
WASHINGTON, DC 20530
May 2, 2024, 4:53 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
May 1, 2024, 10:49 am

**Arrived at Post Office**
WASHINGTON, DC 20018
May 1, 2024, 5:09 am

Hide Tracking History

What Do USPS Tracking Statuses Mean?

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

9589 0710 5270 1317 3111 71

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☒ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark
Here

Sent To: Office of Chief Counsel, US Customs and Border Patrol

Street and Apt. No., or PO Box No. 1300 Pennsylvania Ave., Suite 4.4-B

City, State, ZIP+4® Washington, D.C. 20229

PS Form 3800, January 2023 PSN 7530-02-000-9047      See Reverse for Instructions

