```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-6748
    molly.friend@usdoj.gov
```

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR GENDER AND REFUGEE STUDIES and AL OTRO LADO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION, <br><br> Defendant. | Case No. 3:24-cv-01601 <br><br> **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE;** [PROPOSED] **ORDER** |

Plaintiffs Center for Gender and Refugee Studies and Al Otro Lado, Inc. ("Plaintiffs") and defendant U.S. Customs and Border Protection ("Defendant"), by and through their undersigned counsel, herby STIPULATE and respectfully REQUEST that the Court continue the Initial Case Management Conference, currently scheduled for June 27, 2024 (Dkt. No. 8), until July 25, 2024.

This Freedom of Information Act ("FOIA") action was filed on March 14, 2024. Dkt. No. 1. Defendant filed its Answer on June 5, 2024. Dkt. No. 14. The parties have met and conferred regarding the status of the two FOIA requests at issue in this case and are working cooperatively in an attempt to resolve this case without judicial intervention. As a result of those cooperative efforts, the parties have

agreed that Defendant will determine whether additional materials are responsive to Plaintiffs' FOIA request submitted on October 5, 2023, and that the parties will meet and confer regarding the search terms and scope of search for Plaintiffs' FOIA request submitted on December 14, 2023.

As such, the parties believe that holding the Initial Case Management Conference after the parties have had additional time to meet and confer regarding the subject requests will conserve the resources of the parties and the Court. Accordingly, the parties stipulate and respectfully request that the Court continue the date of the Initial Case Management Conference to July 25, 2024, or as soon thereafter as the Court is available.

DATED: June 20, 2024               Respectfully submitted,

                                   ISMAIL J. RAMSEY
                                   United States Attorney

                                   */s/ Molly A. Friend*
                                   MOLLY A. FRIEND
                                   Assistant United States Attorney
                                   *Attorneys for Defendant*


DATED: June 20, 2024               CENTER FOR GENDER & REFUGEE STUDIES


                                   */s/ Blaine Bookey\**
                                   BLAINE BOOKEY
                                   *Attorneys for Plaintiff*


DATED: June 20, 2024               AL OTRO LADO, INC.


                                   */s/ Jeremy Jong\**
                                   JEREMY JONG
                                   *Attorneys for Plaintiff*

\* *In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

1  **[PROPOSED]** ORDER

2  PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management

3  Conference, currently scheduled for June 27, 2024, is continued until  August 29, 2024        .

4

5

6  Dated: _____June 25_____, 2024        _____/s/_____
                                              TRINA L. THOMPSON
7                                             United States District Judge