# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR GENDER & REFUGEE
STUDIES, et al.,

           Plaintiffs,

     v.

US CUSTOMS AND BORDER
PROTECTION,

          Defendant.

Case No. 24-cv-01601-TLT (SK)

**NOTICE OF VIDEO SCHEDULING
CONFERENCE FOR SETTLEMENT
CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Court will hold a Scheduling Conference by video in preparation for the Settlement Conference on **September 13, 2024** at **9:00 a.m**.  Counsel shall use the following Zoom information to access the conference:

**Meeting ID: 161 399 7742**

**Passcode: 530648**

At the scheduling conference, counsel must be prepared to discuss and set a date for settlement conference and must provide firm dates which they and their clients can attend. Counsel should communicate with their clients about availability before the video conference or have their clients participate in the conference to confirm a settlement date.

**IT IS SO ORDERED.**

Dated: 9/4/2024

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California