UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR GENDER & REFUGEE STUDIES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>US CUSTOMS AND BORDER PROTECTION,<br><br>　　　　　Defendant. | Case No. 24-cv-01601-TLT<br><br>**AMENDED CASE MANAGEMENT SCHEDULING ORDER**<br><br>ECF 21 |

1. <u>TRIAL DATE</u>

    a. Summary Judgment and Cross Motions hearing will be held on <u>May 5, 2025</u> at 9:30 a.m. at the U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. For courtroom number and floor information, please check the Court's on-line calendar at www.https://www.cand.uscourts.gov/judges/trina-l-thompson-tlt/ one week prior to trial or call Judge Thompson's Courtroom Deputy at (415) 522-2039.

    b. The length of the hearing will be not more than 1 day. The Court may shorten the allotted time as it deems appropriate and may also allocate a fixed number of hours for each side. Court hours for trial are normally 9:30 a.m. to 1:30 p.m., subject to the Court's availability.

    c. The parties, *if needed*, must obtain their own interpreter at their own expense for all proceedings, including deposition and court hearings.

2. <u>DISCOVERY AND EXPERT DISCLOSURES (if needed)</u>

    a. All non-expert discovery shall be completed by <u>September 30, 2024.</u>

    b. Experts shall be disclosed and reports provided by <u>October 15, 2024</u>

    c. Rebuttal experts shall be disclosed and reports provided by <u>November 15, 2024.</u>

    d. All discovery from experts shall be completed by <u>November 29, 2024</u>.

3. <u>PRETRIAL MOTIONS</u>

    a.    Filing of Defendant's Motion for Summary Judgment: <u>January 15, 2025</u>.

    b.    Filing of Plaintiff's Motion for Summary Judgment and Opposition: <u>February 17, 2025</u>

    c. Hearing Date: <u>May 5, 2025</u>

4. <u>LAST DAY TO AMEND PLEADINGS</u>

The last day to seek leave to amend the pleadings is <u>September 5, 2024</u>.

5. <u>ALTERNATIVE DISPUTE RESOLUTION/SETTLEMENT CONFERENCE</u>

The parties are ordered to participate in a settlement conference before a magistrate judge, which shall be completed <u>December 20, 2024</u> [or as soon thereafter as is convenient to the magistrate judge's/mediator calendar].

The parties are ordered to provide the court with their choice of mediation no later than <u>September 5, 2025</u>. If the parties elect to utilize private mediation, the parties are ordered to provide the name of the mediator and the date of mediation no later than 4 weeks from the date of this order.

6. <u>FURTHER CASE MANAGEMENT CONFERENCE</u>

    a.    A further case management conference shall be held on <u>March 20, 2025</u>. Lead counsel who will handle the motion at the hearing and the Pro Se the parties must attend.

8. <u>SUMMARY OF DATES & BRIEFING SCHEDULE</u>

| | |
|---|---|
| Summary Judgment Hearing | May 5, 2025 |
| Further Case Management Conference | March 20, 2025 |
| Meet and Confer | March 6, 2025 |
| Plaintiff's Reply | March 24, 2025 |
| Defendant's Opposition to Plaintiff's Motion for Summary Judgment | March 17, 2025 |
| Defendant's Reply | March 3, 2025 |
| Plaintiff's Motion for Summary Judgment and Opposition | February 17, 2025 |

2

| Defendant's Motion for Summary Judgment, last day to file | January 15, 2025 |
|---|---|
| Hearing/Judgment on the Pleadings | December 3, 2024 |
| Last day to file Motion for Judgment on the Pleadings | September 20, 2024 |
| ADR Completion | December 20, 2024 |
| Last Day to Amend Complaint | September 5, 2024 |

A further Case Management Conference is scheduled for March 20, 2025 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 5, 2024

TRINA L. THOMPSON
United States District Judge

03/14/2027

3