Blaine Bookey (CA Bar No. 267596)
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister Street
San Francisco, CA 94102
Tel: (415) 703-8202
bookeybl@uclawsf.edu

Edith Sangueza* (NY Bar No. 5694534)
CENTER FOR GENDER & REFUGEE STUDIES
26 Broadway, 3rd Floor
New York, NY 10004
Tel: (415) 581-8839
sanguezaedith@uclawsf.edu

Jeremy Jong* (NJ Bar No. 066472014)
AL OTRO LADO, INC.
3511 Banks St.
New Orleans, LA 70119
Tel: (504) 475-6728
jeremy@alotrolado.org

*Admitted pro hac vice

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR GENDER AND REFUGEE STUDIES and AL OTRO LADO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION, <br><br> Defendant. | Case No. 3:24-cv-01601-TLT <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** <br><br> Motion Hearing: December 3, 2024 <br> 2:00 p.m. |

# NOTICE OF MOTION AND MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

**TO DEFENDANT AND ITS ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Al Otro Lado and Center for Gender & Refugee Studies hereby move the Court for partial judgment on the pleadings on Counts II (Violation of 5 U.S.C. § 552(a)(6)(A)(i), Failure to Make and Communicate Timely Determination) and V (Violation of 5 U.S.C. § 552(a)(3)(A), Failure to Make Records Promptly Available). The hearing on Plaintiffs' motion is scheduled for December 3, 2024, at 2:00 p.m., before the Honorable Trina L. Thompson in the District Court for the Northern District of California, San Francisco Division, Courtroom 9, 19th Floor. ECF No. 24.

Plaintiffs' motion is brought pursuant to Federal Rule of Procedure 12(c), and it is based on the enclosed Memorandum of Points and Authorities and materials cited therein. Plaintiffs request that the Court grant their motion for partial judgment on the pleadings; set a production schedule ordering Defendant to produce 1,000 pages per month, or in the alternative set a status conference to decide a production schedule; and enter declaratory judgment for Plaintiffs on Counts II and V of their Complaint.

Dated: September 20, 2024                    Respectfully submitted,

                                               */s/ Edith Sangüeza*
                                               Edith Sangueza* (NY Bar No. 5694534)
                                               CENTER FOR GENDER & REFUGEE STUDIES
                                               26 Broadway, 3rd Floor
                                               New York, NY 10004
                                               Tel: (415) 581-8839
                                               sanguezaedith@uclawsf.edu

| | |
|---|---|
| Blaine Bookey (CA Bar No. 267596) | Jeremy Jong* (NJ Bar No. 066472014) |
| CENTER FOR GENDER & REFUGEE STUDIES | AL OTRO LADO, INC. |
| 200 McAllister Street | 3511 Banks St. |
| San Francisco, CA 94102 | New Orleans, LA 70119 |
| Tel: (415) 703-8202 | Tel: (504) 475-6728 |
| bookeybl@uclawsf.edu | jeremy@alotrolado.org |
| | *Admitted Pro Hac Vice |

# CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I electronically filed the foregoing Plaintiffs' Notice of Motion and Motion for Partial Judgment on the Pleadings; Memorandum of Points and Authorities in support of Plaintiffs' Motion for Partial Judgment on the Pleadings; and Plaintiffs' Proposed Order with the Clerk of the Court for the United States Court for the Northern District of California using the CM/ECF system. All counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: /s/ *Edith Sangüeza*
Edith Sangüeza