Blaine Bookey (CA Bar No. 267596)
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister Street
San Francisco, CA 94102
Tel: (415) 703-8202
bookeybl@uclawsf.edu

Edith Sangueza* (NY Bar No. 5694534)
CENTER FOR GENDER & REFUGEE STUDIES
26 Broadway, 3rd Floor
New York, NY 10004
Tel: (415) 581-8839
sanguezaedith@uclawsf.edu

Jeremy Jong* (NJ Bar No. 066472014)
AL OTRO LADO, INC.
3511 Banks St.
New Orleans, LA 70119
Tel: (504) 475-6728
jeremy@alotrolado.org

*Admitted pro hac vice

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR GENDER AND REFUGEE STUDIES and AL OTRO LADO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION, <br><br> Defendant. | Case No. 3:24-cv-01601-TLT <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |

**PROPOSED ORDER REGARDING PLAINTIFFS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

# **ORDER**

Plaintiffs' Motion for Partial Judgment on the Pleadings is granted, and it is HEREBY ORDERED that:

1. Within seven (7) days of this Order, Defendant Customs and Border Protection must begin producing records responsive to Plaintiffs' second Freedom of Information Act ("FOIA") request, at a rate of 1,000 pages per month, until all such records have been produced, and prepare a *Vaughn* index for any withheld materials.
2. The Court hereby declares that:
    a. Defendant has violated the FOIA by failing to issue a timely determination, as required by 5 U.S.C. § 552(a)(6)(A).
    b. Defendant has violated the FOIA by failing to make records promptly available, as required by 5 U.S.C. § 552(a)(3)(A).

Dated: _____

HONORABLE TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE

**PROPOSED ORDER REGARDING PLAINTIFFS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**