UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR GENDER & REFUGEE STUDIES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>US CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | Case No. 24-cv-01601-TLT<br><br>**INQUIRIES FOR HEARING ON 12/3/2024**<br><br>Re: Dkt. No. 26 |

Given Defendant's non-opposition to the motion for judgment on the pleadings and Plaintiffs' briefing, the Court's tentatively ruling is to **GRANT** the motion. The Court intends to determine whether to order a production schedule in the motion hearing on December 3, 2024. Parties are **ORDERED** to provide responses to the following inquiries by **12:00 p.m. on November 25, 2024**.

**First FOIA Request**

1. Given Defendant's response to the First FOIA request on May 16, 2024, what is the status of the claims regarding the First Request? Are the claims in the First FOIA mooted by Defendant's response?

**Second FOIA Request**

2. **[BOTH]** Subsequent to the parties' previous update on August 22, 2024, has there been any communication regarding the determination of the second FOIA request? ECF 21.
   a. Explain.
3. **[DEFENDANT]** Defendant did not oppose motion for judgment on the pleadings and

Defendant has not provided a determination for the second FOIA request. ECF 14, Answer ¶¶ 39-40.

    a. What is Defendant's justification for not opposing?

    b. What is Defendant's reason(s) for not providing a determination for the Second FOIA request?

**Bifurcated Remedy – Court-Ordered Production Schedule**

4. Plaintiffs request that the Court set a production schedule ordering Defendant to produce at least 1,000 pages per month, or in the alternative, set a production schedule after taking Defendant's processing capacity into account.

    a. **[DEFENDANT]**

        i. What is Defendant's position on a court-ordered production schedule?

        ii. What is Defendant's position regarding a court-ordered *Vaughn* index?

        iii. Has Defendant determined whether there are any responsive records to the Second Request?

        iv. What is Defendant's processing capacity?

    b. **[BOTH]** What would be the Court's role if a production schedule is ordered?

**Remaining Claims**

5. **[PLAINTIFF]** If the Court grants motion for judgment on the pleading as to Claim II and V and orders a production schedule:

    a. What is the status of Claims I, III, IV, and VI?

    b. What is the further remedy requested for these claims?

**IT IS SO ORDERED.**

Dated: November 18, 2024

                                                          TRINA L. THOMPSON
                                                          United States District Judge