ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-6748
molly.friend@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR GENDER AND REFUGEE STUDIES and AL OTRO LADO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION, <br><br> Defendant. | Case No. 3:24-cv-01601 <br><br> **STIPULATION TO CONTINUE BRIEFING SCHEDULE FOR MOTION FOR JUDGMENT ON THE PLEADINGS AND RESPONSE TO COURT'S INQUIRIES; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, the Parties to the above action, by and through their undersigned counsel, hereby stipulate and respectfully request that the Court continue the briefing and hearing schedule for Plaintiffs' Motion for Judgment on the Pleadings. The Parties further respond to the Court's Inquiries for Hearing issued November 18, 2024. Dkt. 29.

On September 20, 2024, Plaintiffs filed a Motion for Partial Judgment on the Pleadings. Dkt. 26. The Motion seeks to impose a production schedule for the Freedom of Information Act requests that are the subject of this litigation or, in the alternative, set a status conference to decide the production schedule. The Parties have since engaged in discussions to negotiate a production schedule and have

agreed to the following:

The First FOIA request is now moot. Defendant will make an initial sample production in response to the Second FOIA request on December 6, 2024. Thereafter, Defendant agrees to process 1200 documents per month, beginning in January 2025. The Parties will continue to meet and confer regarding ways in which to narrow the scope of documents to be reviewed and processed. Following each production, Defendant agrees to post any documents subject to 5 U.S.C § 552(a)(2)(A)-(C) to its online reading room. Plaintiffs retain the right to request a *Vaughn* Index regarding any challenged redactions, or if necessary to seek that the Court order a *Vaughn* Index.

Additionally, the Parties have a settlement conference scheduled with Judge Sallie Kim on January 8, 2025, should the Parties encounter obstacles to resolving any remaining issues.

As such, the Parties stipulate and respectfully request that the Court continue the briefing and hearing schedule on the Motion for Partial Judgment on the Pleadings in order to conserve judicial resources.

The Parties propose the following new deadlines to allow time for further negotiation and to attend a settlement conference if necessary:

- **January 22, 2025**: Deadline to file response to Motion for Partial Judgment on the Pleadings
- **January 29, 2025**: Deadline to file reply in support of Motion for Partial Judgment on the Pleadings
- **February 18, 2025, at 2:00 p.m.**: Hearing on Motion for Partial Judgment on the Pleadings

Should the Parties determine that the Motion is no longer necessary prior to the above deadlines, the Parties will immediately inform the Court and Plaintiffs will withdraw the pending Motion. This is the Parties' first request for a continuance of these deadlines, and this continuance will not affect any other deadlines in this matter. Friend Decl. at ¶ 4.

///

///

///

Finally, Plaintiffs request that the Court hold in abeyance Claims I, III, and IV until Defendant has completed its production, at which point the Parties intend to move for summary judgment should any issues remain. Plaintiffs further request to withdraw Claim VI.

DATED: November 25, 2024                Respectfully submitted,

                                                          ISMAIL J. RAMSEY
                                                        United States Attorney

                                                        */s/ Molly A. Friend*
                                                        MOLLY A. FRIEND
                                                        Assistant United States Attorney
                                                        *Attorneys for Defendant*

DATED: November 25, 2024                CENTER FOR GENDER & REFUGEE STUDIES

                                                        */s/ Blaine Bookey*
                                                        BLAINE BOOKEY*
                                                        *Attorneys for Plaintiff*

                                                        */s/ Edith Sangueza*
                                                        EDITH SANGUEZA*
                                                        *Attorneys for Plaintiff*

DATED: November 25, 2024                AL OTRO LADO, INC.

                                                        */s/ Jeremy Jong*
                                                        JEREMY JONG*
                                                        *Attorneys for Plaintiff*

*\* In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the briefing and hearing schedule on Plaintiffs' Motion for Partial Judgment on the Pleadings is continued as follows:

- **January 22, 2025**: Deadline to file response to Motion for Partial Judgment on the Pleadings
- **January 29, 2025**: Deadline to file reply in support of Motion for Partial Judgment on the Pleadings
- **February 18, 2025, at 2:00 p.m.**: Hearing on Motion for Partial Judgment on the Pleadings

IT IS SO ORDERED.

DATED:_____

_____
THE HON. TRINA L. THOMPSON
United States District Judge