UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR GENDER & REFUGEE STUDIES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>US CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | Case No. 24-cv-01601-TLT<br><br>**ORDER GRANTING-IN-PART AND DENYING-IN-PART STIPULATION TO MODIFY BRIEFING SCHEDULE**<br><br>Re: Dkt. Nos. 26, 30 |

On September 20, 2024, Plaintiffs filed a Motion for Partial Judgment on the Pleadings (the "Motion") for Claims II and V. ECF 26. The Motion seeks to impose a production schedule for the Freedom of Information Act ("FOIA") requests that are the subject of this litigation or, in the alternative, set a status conference to decide the production schedule. Defendants did not file an opposition, which was due on October 4, 2024. Defendants have not provided any reason for not filing an opposition. *Cf.* ECF 29 (question 3a) *with* ECF 30.

While the Motion has been pending, parties have agreed to the following:

> The First FOIA request is now moot. Defendant will make an initial sample production in response to the Second FOIA request on December 6, 2024. Thereafter, Defendant agrees to process 1200 documents per month, beginning in January 2025. The Parties will continue to meet and confer regarding ways in which to narrow the scope of documents to be reviewed and processed. Following each production, Defendant agrees to post any documents subject to 5 U.S.C § 552(a)(2)(A)-(C) to its online reading room. Plaintiffs retain the right to request a Vaughn Index regarding any challenged redactions, or if necessary to seek that the Court order a Vaughn Index.

ECF 30, at 2. In addition, Plaintiffs' Claims I, III, and IV remain pending until Defendant has completed its production, at which point the Parties intend to move for summary judgment should any issues remain. *Id.* at 3. Plaintiffs have withdrawn Claim VI. *Id.*

1  The Parties have requested that the Court continue the briefing schedule of the Motion.
2  Parties request that the deadline to file an opposition be extended from October 4, 2024 to January
3  22, 2025. The deadline to file a reply be extended from October 11, 2024 to January 29, 2025. The
4  hearing on the Motion be continued until February 18, 2025 at 2:00 p.m.

Because the deadline to file an opposition has long passed, the Court **DENIES** the requested filing extensions for the opposition brief and reply brief. The Court **GRANTS** continuance for the hearing on the Motion. The hearing is continued until February 18, 2025 at 2:00 p.m. Should the Parties determine that the Motion is no longer necessary prior to the above deadlines, the Parties will immediately inform the Court and Plaintiffs will withdraw the pending Motion.

This Order resolves ECF 30.

**IT IS SO ORDERED.**

Dated: November 25, 2024

_____
TRINA L. THOMPSON
United States District Judge