ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-6748
    molly.friend@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR GENDER AND REFUGEE STUDIES and AL OTRO LADO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION, <br><br> Defendant. | Case No. 3:24-cv-01601 <br><br> **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, the Parties to the above action, by and through their undersigned counsel, hereby stipulate and respectfully request that the Court continue the Settlement Conference set for January 8, 2025, for a date to be determined. Dkt. 28.

A Settlement Conference with Judge Sallie Kim is currently set for January 8, 2025. Dkt. 28. The Parties have made significant progress settling many of the matters at issue in this Freedom of Information Act case, including agreeing to a 1,200 page per month review and production schedule. *See* Dkt. 30. The parties have also agreed that Defendant will post certain documents to Defendant's online reading room pursuant to 5 U.S.C § 552(a)(2)(A)-(C) shortly after those documents are released to the Plaintiffs. As such, the Parties have resolved Counts I, II, and VI of Plaintiffs' complaint. Plaintiffs

therefore withdraw their Motion for Judgment on the Pleadings. *See* Dkt. 26. The parties do not believe that the Plaintiffs' remaining counts require court intervention through a settlement conference at this time. The Parties have further submitted a Stipulation and Proposed Order requesting to continue the current case management schedule, including the deadline by which to complete ADR, in order to conserve judicial resources. *See* Dkt. 32. The Parties therefore respectfully request that the Settlement Conference set for January 8, 2025, be continued to a date to be determined following the Court's ruling on the Stipulation (Dkt. 32), and should the Parties be unable to resolve any outstanding issues remaining in the case at that time.

DATED: January 3, 2025                                 Respectfully submitted,

                                                            ISMAIL J. RAMSEY
                                                          United States Attorney

                                                          */s/ Molly A. Friend*
                                                          MOLLY A. FRIEND
                                                          Assistant United States Attorney
                                                          *Attorneys for Defendant*

DATED: January 3, 2025                                 CENTER FOR GENDER & REFUGEE STUDIES

                                                          */s/ Blaine Bookey*
                                                          BLAINE BOOKEY*
                                                          *Attorneys for Plaintiff*

                                                          */s/ Edith Sangueza*
                                                          EDITH SANGUEZA*
                                                          *Attorneys for Plaintiff*

DATED: January 3, 2025                                 AL OTRO LADO, INC.

                                                          */s/ Jeremy Jong*
                                                          JEREMY JONG*
                                                          *Attorneys for Plaintiff*

* *In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the Settlement Conference scheduled for January 8, 2025, is vacated. Following the Court's decision on the Stipulation (Dkt. 32), the Parties will request a new date for a Settlement Conference should one be necessary.

IT IS SO ORDERED.

DATED:_____

THE HON. SALLIE KIM
United States Magistrate Judge