UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR GENDER & REFUGEE STUDIES, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>US CUSTOMS AND BORDER PROTECTION,<br><br>          Defendant. | Case No. 24-cv-01601-TLT  (SK)<br><br>**ORDER REGARDING SCHEDULING CONFERENCE** |

A further scheduling conference was scheduled for 9:00 a.m. on August 5, 2025. At the scheduled time, neither party appeared. After the Court contacted the parties, Plaintiff appeared. However, Defendant did not appear.

Given that the District Court has set a deadline of September 30, 2025 for alternative dispute resolution, the Undersigned ORDERS the parties to choose one of the following dates for settlement conference: September 17, 2025, or September 23, 2025. These are the only dates the Undersigned has available for settlement conference before September 30, 2025. The parties must inform the Undersigned of their selection by no later than August 12, 2025 by emailing their notification to sksettlement@cand.uscourts.gov.

**IT IS SO ORDERED**.

Dated: August 5, 2025



_____
SALLIE KIM
United States Magistrate Judge