1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  MOLLY A. FRIEND (CABN 289677)
   Assistant United States Attorney
4
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-7177
        FAX: (415) 436-6748
7       molly.friend@usdoj.gov

8  Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR GENDER AND REFUGEE STUDIES and AL OTRO LADO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION, <br><br> Defendant. | Case No. 3:24-cv-01601 <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, the Parties to the above action, by and through their undersigned counsel, hereby stipulate and respectfully request that the Court continue Case Management Conference, currently set for January 8, 2026 (Dkt. 52), to April 16, 2026.

Since the Parties' last case management statement, Defendant has continued to make monthly productions in response to the subject Freedom of Information Act requests. Declaration of Molly A. Friend at ¶ 2. The Parties continue to meet and confer on several outstanding issues related to narrowing the scope of productions and application of redactions and are optimistic that those issues can be resolved without Court intervention. *Id.* In light of the ongoing productions, which are not yet complete,

1  the Parties respectfully submit that any motion for summary judgment would be premature and request
2  an adjournment of the summary judgment briefing schedule. The Parties will submit a proposed briefing
3  schedule in conjunction with the next Case Management Conference Statement.
4     The Parties respectfully request that the Case Management Conference currently set for January
5  8, 2026, be continued to April 16, 2026, in order to conserve judicial resources while the Parties work to
6  complete the merits portion of this action. This continuance will not interfere with other deadlines
7  currently set in this matter. *Id.* at ¶ 3. A proposed order is attached.

DATED:  December 11, 2025                         Respectfully submitted,

                                                  ISMAIL J. RAMSEY
                                                  United States Attorney

                                                  */s/ Molly A. Friend*
                                                  MOLLY A. FRIEND
                                                  Assistant United States Attorney
                                                  *Attorneys for Defendant*

DATED: December 11, 2025                          CENTER FOR GENDER & REFUGEE STUDIES


                                                  */s/ Blaine Bookey*
                                                  BLAINE BOOKEY*
                                                  *Attorneys for Plaintiff*

                                                  */s/ Edith Sangueza*
                                                  EDITH SANGUEZA*
                                                  *Attorneys for Plaintiff*


DATED: December 11, 2025                          AL OTRO LADO, INC.


                                                  */s/ Jeremy Jong*
                                                  JEREMY JONG*
                                                  *Attorneys for Plaintiff*


*\* In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

## **[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the Case Management Conference currently set for January 8, 2026, be continued to April 16, 2026. A Case Management Conference statement is due April 9, 2026. The current briefing schedule on motions for summary judgment is adjourned. The Parties shall submit a new proposed schedule as part of the Case Management Conference Statement on April 9, 2026.

IT IS SO ORDERED.

DATED:_____          _____
                                  THE HON. TRINA L. THOMPSON
                                  United States District Judge