CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7177
  FAX: (415) 436-6748
  molly.friend@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR GENDER AND REFUGEE STUDIES and AL OTRO LADO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION, <br><br> Defendant. | Case No. 3:24-cv-01601 <br><br> **DECLARATION IN SUPPORT OF STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

I, Molly A. Friend, declare as follows:

1. I am an Assistant United States Attorney in the Northern District of California and I have been assigned to represent Defendant in the above captioned matter. If called to testify, I would and could competently testify as to the facts in this declaration.

2. Since the Parties' last case management statement, Defendant has continued to make monthly productions in response to the subject Freedom of Information Act requests. The Parties continue to meet and confer on several outstanding issues related to narrowing the scope of productions

and application of redactions and are optimistic that those issues can be resolved without Court intervention.

      3.      The Parties are requesting a continuance of the currently set Case Management Conference.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 11th day of December 2025, in San Francisco, California.

                                  */s/ Molly A. Friend*
                                  Molly A. Friend